*Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

M. P. No. 75-6. JOHN INFANTOLINO *v.* JAMES W. MULLEN, *Warden.* Petition for writ of habeas corpus denied as moot. *Schreiber, Abedon and Jessup, Richard Jessup, Jr.,* for petitioner. *Julius C. Michaelson,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

February 14, 1975.

M. P. No. 75-16. LINDY CONSTRUCTION & DEVELOPMENT CORP. *et al. v.* DONALD E. WILCOX. Motion to stay the order of the Superior Court entered on January 17, 1975 is denied. Petition for writ of certiorari is denied. An adequate remedy is provided by way of appeal. G. L. 1956 (1968 Reenactment) §9-24-7. See *Wright* v. *Wright,* 82 R. I. 67, 105 A.2d 809 (1954). 1 Kent, *R. I. Civ. Prac.,* §65.5. *Arcaro, Belilove & Kolodney, Abraham Belilove,* for petitioners. *Joseph J. McGair,* Asst. City Solicitor, for City of Warwick Zoning Board of Review. *Lynch, Walsh & Cobleigh, John D. Lynch,* for respondent.

M. P. No. 75-25. IN RE DENNIS R. SURPRENANT. Petition of Dennis R. Surprenant for review of denial of admission to the Rhode Island bar on motion is granted. The matter is assigned to the calendar for March 3, 1975 for oral argument. *Dennis R. Surprenant,* petitioner, pro se. *Francis A. Monti,* for Board of Bar Examiners.

C. A. No. 73-286. STATE *v.* GRACE C. CRESCENZO. Petition for reargument denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Nugent & Nugent, J. Joseph Nugent,* for defendant.